

John W. Bricker, Attorney General Columbus, and R. R. Zurmehly, Columbus, for plaintiff in error.

Edward M. Fries, Bowling Green, for defendant in error.

A. L. Gebhard, Bryan, for plaintiff in error.

Newcomer & Parker, Bryan, for defendant in error.

For full opinion see 5 OO 478; 51 Oh Ap 521.

For full opinion see 5 OO 484; 51 Oh Ap 534.

**LAKE SHORE POWER CO v MEYER**

Ohio Appeals, 6th Dist, Williams Co

Decided Oct 28, 1935

**PENNSYLVANIA RD CO v MILLESON**

Ohio Appeals, 6th Dist, Erie Co

Decided June 10, 1935